UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS WAYNE SEGUIN,<br><br>    Plaintiff<br><br>v.<br><br>JAMES MARTIN WINTERS, JR., et al.,<br><br>    Defendants | Case No.: 2:24-cv-01713-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Sherwin-Williams Company and James Martin Winters, Jr.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the parties as required by the amendment to that rule.

I FURTHER ORDER these parties to file a proper certificate of interested parties by September 30, 2024.

DATED this 18th day of September, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE