# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS WAYNE SEGUIN,<br><br>    Plaintiff<br><br>v.<br><br>JAMES MARTIN WINTERS, et al.,<br><br>    Defendants | Case No.: 2:24-cv-01713-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendants The Sherwin-Williams Company and James Martin Winters, Jr.'s certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by the amendment to that rule. Stating that each party is a United States citizen does not suffice to show the party's citizenship for purposes of determining whether complete diversity exists to support diversity jurisdiction.

I FURTHER ORDER these parties to file a proper certificate of interested parties by October 10, 2024.

DATED this 26th day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE