TIMOTHY A. MOTT, ESQ.
Nevada Bar No. 12828
*tim@valientemott.com*
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
*jim@valientemott.com*
PETER L. PETERSEN, ESQ.
Nevada Bar No. 14256
*peter@valientemott.com*
**VALIENTE MOTT, LTD.**
700 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 623-2323
Facsimile: (702) 623-2323

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS WAYNE SEGUIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MARTIN WINTERS, JR., an individual; THE SHERWIN-WILLIAMS COMPANY d/b/a SHERWIN WILLIAMS COMPANY a/k/a SHERWIN WILLIAMS; a foreign corporation; EAN HOLDINGS, LLC, a foreign limited-liability company; ENTERPRISE LEASING COMPANY WEST, LLC d/b/a ENTERPRISE RENT-A-CAR, a foreign limited-liability company; DOE INDIVIDUALS I through X, Inclusive; and ROE ENTITIES I through X, Inclusive,<br><br>Defendants. | Case No.:    2:24-cv-01713-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST DEFENDANTS EAN HOLDINGS, LLC and ENTERPRISE LEASING COMPANY WEST, LLC d/b/a ENTERPRISE RENT-A-CAR WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DOUGLAS WAYNE SEGUIN by and through his attorneys of record, VALIENTE MOTT, LTD.; Defendants JAMES MARTIN WINTERS, JR. and THE SHERWIN-WILLIAMS COMPANY d/b/a SHERWIN WILLIAMS COMPANY a/k/a SHERWIN WILLIAMS ("SHERWIN-WILLIAMS"), by and through their attorneys of record, BROWN GREEN LLC; and Defendants EAN HOLDINGS, LLC and ENTERPRISE LEASING COMPANY WEST, LLC d/b/a ENTERPRISE RENT-A-CAR ("ENTERPRISE Defendants"), by and through their attorneys BREMER WHYTE

BROWN & O'MEARA, LLP, that claims against ENTERPRISE Defendants, and each of them, shall be dismissed without prejudice, with each party to bear its own attorney's fees and costs.

IT IS FURTHER STIPULATED AND AGREED that this dismissal of the ENTERPRISE Defendants is based upon the representations of ENTERPRISE Defendants counsel and sworn affidavit from an ENTERPRISE corporate representative in support thereof, attached hereto as **Exhibit "1",** which provides, in part:

1) In the instant matter, Defendant ENTERPRISE LEASING COMPANY WEST, LLC d/b/a ENTERPRISE RENT-A-CAR rented a vehicle under Defendant SHERWIN-WILLIAMS Global Corporate Services account that included Supplemental Liability Protection.

2) Defendant SHERWIN-WILLIAMS and its employee, Defendant JAMES MARTIN WINTERS, JR., are insureds under Defendant SHERWIN-WILLIAMS Global Corporate Services account that included Supplemental Liability Protection; and

3) The dismissal of the ENTERPRISE Defendants, and each of them, will have no impact on the Supplemental Liability Protection insurance purchased by Defendant SHERWIN-WILLIAMS.

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs may file a motion with the Court requesting leave to amend their Complaint at any time during the pendency of this lawsuit to, once again, renew claims against the ENTERPRISE Defendants, and each of them for reasonable cause as submitted by Plaintiff.

IT IS FURTHER STIPULATED AND AGREED that if Plaintiff, once again, brings or attempts to bring claims against the ENTERPRISE Defendants, and each of them, then the ENTERPRISE Defendants, and each of them, and SHERWIN-WILLIAMS Defendants, and each of them, acknowledge that all Defendants were properly named as parties of interest in this lawsuit within the time allotted for the statute of limitations under NRS 11.190 based upon the original filing of the Complaint.

IT IS FURTHER STIPULATED AND AGREED that, on the date and time of the subject motor vehicle collision upon which this lawsuit is based, Defendant JAMES MARTIN WINTERS,

JR. was an employee of Defendant THE SHERWIN-WILLIAMS COMPANY who was operating the Enterprise rental vehicle leased by and through Defendant SHERWIN-WILLIAMS Global Corporate Services account that included Supplemental Liability Protection.

IT IS FURTHER STIPULATED AND AGREED that, at this point in the litigation, the SHERWIN-WILLIAMS Defendants have no intention to bring claims or otherwise make arguments, statements, or references against the ENTERPRISE Defendants as having any relationship to the subject matter of the underlying litigation or causing or contributing to the subject motor vehicle collision.

DATED this 16th day of June 25.

Respectfully Submitted By:

**VALIENTE MOTT, LTD.**

/s/ James A. Trummell

Timothy A. Mott, Esq.
James A. Trummell, Esq.
Peter Petersen, Esq.
700 South 7th Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*DOUGLAS SEGUIN*

Dated this 16th day of June 25.

Approved to Form and Content By:

**BROWN GREEN LLC**

/s/ Jared P. Green

Jared P. Green, Esq.
jared@bgtriallawyers.com
Brian Unguren, Esq.
brian@bgtriallawyers.com
3755 Breakthrough Way, Suite 210
Las Vegas, Nevada 89135

*Attorneys for Defendants*
*JAMES WINTERS and*
*SHERWIN WILLIAMS*

Dated this 16th day of June 25.

Approved to Form and Content By:

**BREMER WHYTE BROWN & O'MEARA, LLP**

/s/ Madeline M. Arcellana

Madeline M. Arcellana, Esq.
marcellana@bremerwhyte.com
1160 N. Town Center Dr., Suite 250
Las Vegas, Nevada 89144

*Attorneys for Defendants*
*EAN HOLDINGS, LLC and*
*ENTERPRISE LEASING COMPANY WEST, LLC*
*d/b/a ENTERPRISE RENT-A-CAR*

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that claims against ENTERPRISE Defendants, and each of them, shall be dismissed without prejudice, with each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** that this dismissal of the ENTERPRISE Defendants is based upon the representations of ENTERPRISE Defendants, and each of them, the SHERWIN-WILLIAMS Defendants, and each of them, and their respective counsel as set forth above and in the supporting affidavit.

**IT IS FURTHER ORDERED** that Plaintiffs may file a motion with the Court requesting leave to amend their Complaint at any time during the pendency of this lawsuit to, once again, renew claims against the ENTERPRISE Defendants, and each of them for reasonable cause as submitted by Plaintiff.

**IT IS FURTHER ORDERED** that if Plaintiff, once again, brings or attempts to bring claims against the ENTERPRISE Defendants, and each of them, then the ENTERPRISE Defendants, and each of them, and SHERWIN-WILLIAMS Defendants, and each of them, acknowledge that all Defendants were properly named as parties of interest in this lawsuit within the time allotted for the statute of limitations under NRS 11.190 based upon the original filing of the Complaint.

**IT IS FURTHER ORDERED** that, on the date and time of the subject motor vehicle collision upon which this lawsuit is based, Defendant JAMES MARTIN WINTERS, JR. was an employee of Defendant THE SHERWIN-WILLIAMS COMPANY who was operating the Enterprise rental vehicle leased by and through Defendant SHERWIN-WILLIAMS Global Corporate Services account that included Supplemental Liability Protection.

…

…

…

…

…

**IT IS FURTHER ORDERED** that, at this point in the litigation, the SHERWIN-WILLIAMS Defendants have no intention to bring claims or otherwise make arguments, statements, or references against the ENTERPRISE Defendants as having any relationship to the subject matter of the underlying litigation or causing or contributing to the subject motor vehicle collision.

**IT IS SO ORDERED.**

DATE this __18__ day of __April__ 2025.



_____
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted By:

**VALIENTE MOTT, LTD.**

*/s/ James A. Trummell*
_____
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
TIMOTHY A. MOTT, ESQ.
Nevada Bar No. 12828
700 South 7th Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
DOUGLAS SEGUIN

# EXHIBIT "1"

## AFFIDAVIT OF AMY AQUINO

STATE OF NEVADA        )
                       ) ss.
COUNTY OF CLARK        )

1. I, Amy Aquino, am currently Risk Manager for ENTERPRISE LEASING COMPANY-WEST, LLC.

2. ENTERPRISE LEASING COMPANY-WEST, LLC ("ELCW") is a foreign limited liability company licensed to conduct business in Clark County, Nevada.

3. EAN HOLDINGS, LLC ("EAN") is a foreign limited liability company licensed to conduct business in Clark County, Nevada.

4. ELCW does business as ENTERPRISE RENT-A-CAR, which is a short-term lessor of vehicles.

5. EAN is the title holder of the vehicles that ELCW rents to its customers.

6. EAN does **not** conduct rental transactions.

7. Rental Claims Services ("RCS") is a third-party liability claims management company that processes claims on behalf of the Enterprise entities, including ELCW and EAN.

8. RCS does not conduct rental transactions.

9. In the instant matter, ELCW rented a vehicle under the Sherwin-Williams Global Corporate Services account that included Supplemental Liability Protection ("SLP").

10. Sherwin-Williams, and its employee Mr. Winters, who are defendants in the current action, are insureds under the SLP that was purchased for the rental.

11. Dismissing EAN from the subject litigation will have no impact on the SLP purchased by the Renters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30 day of JAN, 2025

_____
Amy Aquino
Risk Manager- Enterprise Leasing Company, West, LLC

State of Nevada
County of Clark

SUBSCRIBED AND SWORN TO before me
this 30 day of January, 2025

_____
Notary Public in and for said County and State

K. TSCHOPP
Notary Public, State of Nevada
No. 01-72229-01
My Appt. Exp. March 6, 2025

1800.586

# FW: Seguin v. Winters et al Minute Order

From: **Jim Trummell** | Jim@valientemott.com           Monday, Jun 16 at 10:35 AM

To: **Christina Espinosa** | christina@valientemott.com

Please submit this to the court today with the signatures of all counsel and the affidavit attached as Exhibit 1.

---

From: **Madeline M. Arcellana** |          To: **Jared Green** |          Thursday, Jun 12 at
marcellana@bremerwhyte.com            jared@bgtriallawyers.com             1:08 PM

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Jared,

Thanks so much! I have reviewed the attached and confirm that the only change is the entity name correction you described.

I authorize my e-signature to be added.

Jim: will you please submit it signed for everyone? Once that's done you two can complete the substitution and the extension of discovery with one less cook in the kitchen!

Thanks all,
Madeline

**Madeline M. Arcellana**
**BREMER WHYTE BROWN & O'MEARA, LLP**
1160 N Town Center Dr. Suite 250, Las Vegas, NV 89144

**O**: 702.258.6665   **D**: 725.210.8807    **bremerwhyte.com**
ARIZONA | CALIFORNIA | COLORADO | NEVADA | TEXAS
**S O L U T I O N S**

---

From: **Jared Green** |          To: **Madeline M. Arcellana** |          Thursday, Jun 12 at
jared@bgtriallawyers.com            marcellana@bremerwhyte.com             11:13 AM

Madeline:

We are good to go with signing the stipulation. We made a few changes to the Sherwin-Williams name throughout (simply by adding a dash between Sherwin and Williams – that was the only change from the client!).

You have my permission to affix my electronic signature.

Thanks!



### JARED P. GREEN

ATTORNEY

[jared@bgtriallawyers.com](mailto:jared@bgtriallawyers.com)

(702) 475-6454

3755 Breakthrough Way, Suite 210

Las Vegas, Nevada 89135

[www.thegufirm.com](http://www.thegufirm.com)

---

From: **Madeline M. Arcellana** | marcellana@bremerwhyte.com    To: **Jared Green** | jared@bgtriallawyers.com    Thursday, Jun 12 at 9:06 AM

Sounds good – thanks Jared!

Madeline M. Arcellana
**BREMER WHYTE BROWN & O'MEARA, LLP**
1160 N Town Center Dr. Suite 250, Las Vegas, NV 89144

**O**: 702.258.6665    **D**: 725.210.8807    **bremerwhyte.com**
ARIZONA | CALIFORNIA | COLORADO | NEVADA | TEXAS
**S O L U T I O N S**

From: **Jared Green** | jared@bgtriallawyers.com    To: **Jim Trummell** | Jim@valientemott.com    Wednesday, Jun 11 at 11:49 PM

Jim and Madeline:

Thank you both for the follow up on this issue. I am working diligently with my client to get this resolved. I asked again today for a quick response, and I have a call again tomorrow morning to address this.